# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 419 MAL 2022

     Respondent      :

     :    Petition for Allowance of Appeal
     :    from the Order of the Superior Court

     v.      :

GREGORY LEWIS, JR.,    :

     Petitioner      :

COMMONWEALTH OF PENNSYLVANIA,    :    No. 420 MAL 2022

     Respondent      :

     :    Petition for Allowance of Appeal
     :    from the Order of the Superior Court

     v.      :

GREGORY LEWIS, JR.,    :

     Petitioner      :

COMMONWEALTH OF PENNSYLVANIA,    :    No. 421 MAL 2022

     Respondent      :

     :    Petition for Allowance of Appeal
     :    from the Order of the Superior Court

     v.      :

GREGORY LEWIS, JR.,    :

     Petitioner      :

COMMONWEALTH OF PENNSYLVANIA,    :    No. 422 MAL 2022

     Respondent      :

     :    Petition for Allowance of Appeal
     :    from the Order of the Superior Court

     v.      :

GREGORY LEWIS, JR.,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 423 MAL 2022

        Respondent

                        Petition for Allowance of Appeal
                        from the Order of the Superior Court

        v.

GREGORY LEWIS, JR.,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 424 MAL 2022

        Respondent

                        Petition for Allowance of Appeal
                        from the Order of the Superior Court

        v.

GREGORY LEWIS, JR.,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 425 MAL 2022

        Respondent

                        Petition for Allowance of Appeal
                        from the Order of the Superior Court

        v.

GREGORY LEWIS, JR.,

        Petitioner

## **ORDER**

[419 MAL 2022, 420 MAL 2022, 421 MAL 2022, 422 MAL 2022, 423 MAL 2022, 424 MAL 2022 and 425 MAL 2022] - 2

**PER CURIAM**

AND NOW, this 1st day of February, 2023, the Petition for Allowance of Appeal is

DENIED.